| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Meyer J. Reynolds** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0354** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed in chapter **13**   **2/13/19** |
| Case number:   **19–03733** | | Date case converted to chapter **7**   **1/20/20** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Meyer J. Reynolds | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4023 W. Polk Street <br> Chicago, IL 60624 | |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Phillip D Levey ESQ <br> 2722 North Racine Avenue <br> Chicago, IL 60614 | Contact phone 773 348–9682 <br> Email: levey47@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Meyer J. Reynolds**                                            Case number **19–03733**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 1/22/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2020 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/5/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                      United States Bankruptcy Court
                       Northern District of Illinois
In re:                                                      Case No. 19-03733-DDC
Meyer J. Reynolds                                           Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: ckeith                 Page 1 of 2                  Date Rcvd: Jan 22, 2020
                              Form ID: 309A                Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Meyer J. Reynolds,    4023 W. Polk Street,    Chicago, IL 60624-3540
27755258        American First Finance,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
27662669       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
27532246       +Baron's Creditor's Services Corp.,    155 Revere Dr., Suite 9,    Northbrook, IL 60062-1558
27532247       +Bob Brady Auto Mall,    4025 E Boyd Rd,    Decatur, IL 62521-6100
27532248       +Bonheur Realty,    654 E. 43rd Street,    Chicago, IL 60653-2977
27532252        City Colleges of Chicago,    Malcom X College,    1900 W Van Buren,    Chicago, IL 60612-3145
27532253       +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
27532254        City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                 Chicago, IL 60680-1292
27532255       +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
27532257        Comcast,   Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
27532260        Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
27532261       +East West Univeristy,    816 Michigan Avenue,    Chicago, IL 60605-2185
27532262       +Fed Loan Serv,    Pob 60610,   Harrisburg, PA 17106-0610
27552841       +Hade Reynolds,    4023 W Polk St.,    Chicago, IL 60624-3540
27532267       +ICS Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
27532268       +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
27532269       +Integrated Imaging Consultant, LLC,    44000 Garfield Road,    Clinton Township, MI 48038-1125
27532272       +JH Portfolio Deb Equities,    5757 Phantom Drive,    Suite 225,    Hazelwood, MO 63042-2429
27532273       +Midwest Coll,    306 W Eldorado St,    Decatur, IL 62522-2154
27532274       +National Louis University,    122 S. Michigan Ave.,    Chicago, IL 60603-6162
27532277       +Peoples Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
27532281       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
27532282       +Secretary of State (R54355088217),    Attn: Bankruptcy Department,    PO Box 7848,
                 Madison, WI 53707-7848
27532283        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
27532289       +TCF Bank,    800 Burr Ridge Pkwy,    Burr Ridge, IL 60527-0865
27532287       +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
27585121       +The Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
27874696        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
27532290        University of Illinois,    Hospital & Health Sciences Systems,    PO Box 12199,
                 Chicago, IL 60612-0199
27532292       +Weinstein, Pinson & Riley, PS,    2001 Western Ave,    Suite 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Jan 23 2020 03:17:37      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +EDI: QPDLEVEY.COM Jan 23 2020 07:33:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
                 Chicago, IL 60614-1206
27532245       +EDI: CINGMIDLAND.COM Jan 23 2020 07:33:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
27532242       +EDI: AAEO.COM Jan 23 2020 07:34:00      Aarons Sales & Leasing,    4428 W. North Ave,
                 Chicago, IL 60639-4707
27532243       +EDI: ACBK.COM Jan 23 2020 07:28:00      American Credit Acceptance,    961 E. Main St.,
                 Spartanburg, SC 29302-2185
27532244       +EDI: PHINHARRIS Jan 23 2020 07:33:00      Arnold Scott Harris,    111 W. Jackson, #600,
                 Chicago, IL 60604-3517
27729235       +EDI: AIS.COM Jan 23 2020 07:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
27532249       +EDI: CITICORP.COM Jan 23 2020 07:28:00      Citi,   Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
27532250        EDI: CITICORP.COM Jan 23 2020 07:28:00      Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
27532251       +EDI: CITICORP.COM Jan 23 2020 07:28:00      Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
27612424       +EDI: PHINHARRIS Jan 23 2020 07:33:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris, P.C.,    111 W. Jackson Blvd Ste. 600,    Chicago, IL 60604-3517
27532256        EDI: COMCASTCBLCENT Jan 23 2020 07:23:00      Comcast,    PO Box 3002,
                 Southeastern, PA 19398-3002
27532259        E-mail/Text: comedbankruptcygroup@exeloncorp.com Jan 23 2020 03:22:59     Commonwealth Edison,
                 PO Box 6111,   Carol Stream, IL 60197-6111
27532258        E-mail/Text: comedbankruptcygroup@exeloncorp.com Jan 23 2020 03:22:59     Commonwealth Edison,
                 Bankruptcy Department,    3 Lincoln Center,    Oak Brook Terrace, IL 60181-4204
27605419       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jan 23 2020 03:22:59
                 Commonwealth Edison Company,    Bankruptcy Department,    1919 Swift Drive,
                 Oak Brook, IL 60523-1502
27532263        EDI: AMINFOFP.COM Jan 23 2020 07:28:00      First Premier,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
27532265       +EDI: AMINFOFP.COM Jan 23 2020 07:28:00      First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
```

```
District/off: 0752-1           User: ckeith              Page 2 of 2                Date Rcvd: Jan 22, 2020
                               Form ID: 309A             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
27532264      +EDI: AMINFOFP.COM Jan 23 2020 07:28:00      First Premier Bank,   Bankruptcy Department,
               PO Box 5523,   Sioux Falls, SD 57117-5523
27532266      +EDI: PHINHARRIS Jan 23 2020 07:33:00      Harris & Harris, Ltd,   111 West Jackson Blvd,
               Suite 400,   Chicago, IL 60604-4135
27532271       EDI: JEFFERSONCAP.COM Jan 23 2020 07:33:00      Jeffersncp (Jefferson Capital Syste,
               Bankruptcy Department,   16 McLeland Rd.,   Saint Cloud, MN 56303
27532271       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 03:22:13
               Jeffersncp (Jefferson Capital Syste,   Bankruptcy Department,   16 McLeland Rd.,
               Saint Cloud, MN 56303
27532270      +E-mail/Text: clerk.jaylevyattorney@yahoo.com Jan 23 2020 03:23:28      Jay K. Levy & Associates,
               155 Revere Drive,   Suite 2,   Northbrook, IL 60062-1558
27532275      +E-mail/Text: egssupportservices@alorica.com Jan 23 2020 03:21:43
               NCO Financial Systems, Inc.,   600 Holiday Plaza Drive,   Suite 300,   Matteson, IL 60443-2238
27532276      +E-mail/Text: robert@overlandbond.com Jan 23 2020 03:23:23      Overland Bond & Investment Corp.,
               4701 W. Fullerton Ave.,   Chicago, IL 60639-1899
27606627      +EDI: JEFFERSONCAP.COM Jan 23 2020 07:33:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
27606627      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2020 03:22:14      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
27532278      +E-mail/Text: bankruptcy@gopfs.com Jan 23 2020 03:23:16      Prestige Financial Svc,
               PO Box 26707,   Salt Lake City, UT 84126-0707
27532279       EDI: Q3G.COM Jan 23 2020 07:23:00      Quantum3 Group,   Sadino Funding,   P.O. Box 788,
               Kirkland, WA 98083-0788
27532284       EDI: RMSC.COM Jan 23 2020 07:28:00      SYNCB/Old Navy,   PO Box 965005,
               Orlando, FL 32896-5005
27532280      +EDI: DRIV.COM Jan 23 2020 07:33:00      Santander,   Po Box 961245,   Ft Worth, TX 76161-0244
27605293      +EDI: DRIV.COM Jan 23 2020 07:33:00      Santander Consumer USA Inc.,   PO Box 961245,
               Fort Worth, TX 76161-0244
27532285       EDI: AISTMBL.COM Jan 23 2020 07:23:00      T Mobile Bankruptcy Team,   PO Box 53410,
               Bellevue, WA 98015
27532286       EDI: AISTMBL.COM Jan 23 2020 07:23:00      T Mobile Wireless,   Attn: Bankruptcy Dept.,
               PO Box 37380,   Albuquerque, NM 87176-7380
27532288      +EDI: WTRRNBANK.COM Jan 23 2020 07:28:00      Target NB,   Attn:Bankruptcy Dept.,   PO Box 673,
               Minneapolis, MN 55440-0673
27532291      +EDI: VERIZONCOMB.COM Jan 23 2020 07:23:00      Verizon,   Bankruptcy Nat'l Recovery Dept,
               PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                               TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27755262*       American First Finance,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Meyer J. Reynolds davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.axosfs.com
                                                                                             TOTAL: 3
```